UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:

    Leroy Wilson                                  Case No. :    12-33318-KRH
    Erika Hunter

                                                  Chapter 13

        Debtor(s)

## NOTICE OF VOLUNTARY CONVERSION OF
## CHAPTER 13 CASE TO CHAPTER 7

The Debtor(s), Leroy Wilson & Erika Hunter, by counsel, represents as follows:

1.    The Debtors are no longer able to comply with the Chapter 13 plan and do not desire to modify the plan.

2.    The Debtors qualifiy as a debtor under Chapter 7 of the Bankruptcy Code.

3.    Under Section 1307 (a) of the Bankruptcy Code, the debtor is entitled to convert the above-mentioned Chapter 13 case to a case under Chapter 7 at any time and now wishes to convert this Chapter 13 case to a case under Chapter 7.

4.    The conversion to Chapter 7 is being made in good faith by the debtors.

WHEREFORE, the Debtors, pursuant to Rule 1017 (d) of the Rules of Bankruptcy Procedure, hereby serves notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

                                                                   Leroy Wilson & Erika Hunter

                                                                   By Counsel

                                                                   /s/ Linda D. Jennings
                                                                   Counsel for Debtor(s)
                                                                   America Law Group, Inc.
                                                                   2312 Boulevard
                                                                   Colonial Heights, VA 23834
                                                                   Ph: 804-520-2428
                                                                   Fax: 804-451-4204

Certificate of Service

I certify that a copy of the foregoing Notice of Conversion of Chapter 13 Case to Chapter 7 was mailed by mail or electronic means this April 17, 2013 to Carl M. Bates, Chapter 13 Trustee, PO Box 1819, Richmond, VA 23219, the U.S. Trustee's office, and to all necessary creditors.

/s/ Linda D. Jennings
Linda D. Jennings
Counsel for Debtors

List of creditors

**AllianceOne**
4850 Street Rd
Suite 300
Feasterville Trevose, PA 19053-0000

**Allianceone**
5620 Southwyck Blvd Ste
Toledo, OH 43614-0000

**AllianceOne**
4850 Street Rd
Suite 300
Trevose, PA 19053-0000

**Allied Interstate**
PO Box 361774
Columbus, OH 43236-0000

**Alvin Horton**
1200 Pullium Street
Richmond, VA 23235-0000

**Approved Cash Advance**
Customer Service Dept
PO Box 2038
Cleveland, TN 37320-0000

**Approved Cash Advance**
Customer Service Dept
6341 Jahnke Rd
Richmond, VA 23225-0000

**Atlas Acquisitions LLC**
Attn: Avi Schild
294 Union St.
Hackensack, NJ 07601

**Awa Collect**
Po Box 6605
Orange, CA 92863-0000

**AWA Collections**
PO Box 6605
Orange, CA 92863-0000

**Bank of America**
PO Box 17270
Wilmington, DE 19850-0000

**Barrington H. Bowser Jr**
5500 Monument Ave
Suite E
Richmond, VA 23226-0000

**BB&T**
Bankruptcy Sect./100-50-01-51
Po Box 1847
Wilson, NC 27894-1847

**Boleman Law Firm**
PO Box 11588
Richmond, VA 23230-0000

**Bon Secours**
Richmond Health System
PO Box 28538
Henrico, VA 23228-0000

**Bon Secours**
c/o Spinella, Owings & Shaia
8550 Mayland Dr, STE 100
Henrico, VA 23294-4704

**Bon Secours Memorial Regional Med Ctr**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Bon Secours Richmond Community Hospital**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Candica, LLC**
c/o Weinstein & Ripley, PS
PO Box 3978
Seattle, WA 98124-0000

**Caudle &Caudle, PC**
2123 West Broad St
Richmond, VA 23230-0000

**City of Richmond**
Attn: City Hall, Room 100
900 East Broad Street
Richmond, VA 23219
804-646-0103

**City of Richmond - DPU**
900 E. Broad Street
Rom 115
Richmond, VA 23219-0000

**City of Richmond DPU**
730 E. Broad Street, 5th Floor
Richmond, VA 23219-0000

**Clearwire**
3525 E. Post Road, Ste 110
Las Vegas, NV 89120-0000

**Comcast**
5401 Staples Mill Rd
Henrico, VA 23228-0000

**Commonwealth of Virginia**
Dept. of Taxation
PO Box 2156
Richmond, VA 23218-2156

**Commonwealth Radiology, PC**
1508 Willow lawn Drive
Suite 117
Richmond, VA 23230-0000

**Continental Emergency Services**
PO Box 3475
Toledo, OH 46307-0475

**Corinthian Colleges, Inc**
PO Box 25117
Santa Ana, CA 92799-0000

**Credit Adjustment Board, Inc**
306 East Grace Street
Richmond, VA 23219-0000

**Dept Of Education/neln**
121 S 13th St
Lincoln, NE 68508-0000

**Dominion VA Power**
PO Box 26666
Richmond, VA 23261-6666

**Dominion VA Power**
Customer Credit Services
PO Box 26666 - 10th floor
Richmond, VA 23261-6666

**Dupont Fibers FCU**
PO Box 72
Chesterfield, VA 23832-0000

**Dupont Fibers FCU**
c/o Edward Whitlock, III, Esq.
10160 Staples Mill Rd., Suite 105
Glen Allen, VA 23060

**Eastern Account System**
Po Box 837
Newtown, CT 06470-0000

**FBCS**
2200 Byberry Rd, Ste 200
Hatboro, PA 19040-3739

**Focus Recry**
9701 Metropolitan Ct Ste
North Chesterfield, VA 23236-0000

**Focused Recovery Solutions**
9701 Metropolitan Ct.
Suite B
Richmond, VA 23236-3662

**GC III, LLC**
Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0000

**Genesis Properties, Inc.**
Attn: Bankruptcy
11511 Allecingie Pkwy
Richmond, VA 23235-0000

**HENRICO COUNTY, VIRGINIA**
JASON M. HART
ASSISTANT COUNTY ATTORNEY
P.O. BOX 90775
HENRICO, VIRGINIA 23273-0775

**Henrico Doctors Hospital**
C/o B-Line, LLC MS550
PO Box 91121

Seattle, WA 98111-9221

**HENRICO DOCTORS HOSPITAL**
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

**Horizon Financial Management**
8585 S. Broadway
Ste. 880
Merrillville, IN 46401-5661

**HSN**
Customer Service/ Flexpay Dept
PO Box 9090
Clearwater, FL 33758-9090

**Ic Systems Inc**
Po Box 64378
St. Paul, MN 55164-0000

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Kansas City, MO 64999-0025

**J. Sargeant Reynolds**
Attn: Student Accounts
PO Box 85622
Richmond, VA 23285-5622

**Jefferson Capital Systems**
PO Box 953185
Saint Louis, MO 63195-3185

**Jefferson Capital Systems LLC**
PO BOX 7999
SAINT CLOUD MN 56302-9617

**Jefferson Capital Systems LLC**
PO BOX 7999
SAINT CLOUD MN 56302-9617

**Jefferson Townhouse Apartments**
1901 Venable St. #K
Richmond, VA 23223-0000

**Johnson's Community Bonding**
320W Broad Street
Richmond, VA 23220

**King Properties**
PO Box 6688
Richmond, VA 23230-6688

**Lafayette, Ayers, Whitlock**
10160 Staples Mill Rd
Suite 105
Glen Allen, VA 23060-0000

**Lamont Hanley & Associ**
1138 Elm St
Manchester, NH 03101-0000

**Loan Max**
3440 Preston Ridge Rd. , Suite 500
Alpharetta, GA 30005

**LVNV Funding**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**LVNV Funding, LLC its successors and assigns as**
assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Michael Wayne Investment Co.**
2900 Sabre Street, Suite 75
Virginia Beach, VA 23452

**Michael Wayne Investment Co.**
6336 E Virginia Beach Blvd.
Virginia Beach, VA 23504

**Michael Wayne Investments**
6336 E, VA Bch Blvd
Norfolk, VA 23502-0000

**Mnet Fin Inc**
95 Argonaut
Aliso Viejo, CA 92656-0000

**Motionsoft**
PO Box 72609
Rosedale, MD 21237-0000

**Natl Fitness**
1645 E Hwy 193
Layton, UT 84040-0000

**Nco Fin /99**
Po Box 15630

Wilmington, DE 19850-0000

**Nelnet on behalf of US Dept of Education**
U.S. Dept of Education
3015 South Parker Road Suite 400
Aurora CO 80014-2904

**Noah Properties, LLC**
c/o Caudle and Caudle, P.C.
3123 West Broad Street
Richmond Va 23230

**Parrish and Lebar, L.L.P.**
5 East Franklin St
Richmond, VA 23219-0000

**Pentagroup Financial**
5959 Corporate Dr, STE 14
Houston, TX 77036-0000

**Pinnacle Financial Group**
7825 Washington Ave S
Ste 310
Minneapolis, MN 55439-0000

**Pmab Srvc**
5970 Fairview Rd Ste 800
Charlotte, NC 28210-0000

**Portfolio Rc**
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541-0000

**Portfolio Recovery Associates**
PO Box 12914
Norfolk, VA 23541-0000

**Professional Anesthesia Group**
C/o R. A. Rogers, Inc
PO Box 3302
Crofton, MD 21114-0302

**R.A. Rogers, Inc**
Collection, Inc.
PO Box 3302
Crofton, MD 21114-0302

**Rentway**
3516-18 Oaklawn Blvd
Hopewell, VA 23860-0000

**RJM Acquisitions**
575 Underhill Blvd, STE 224
Syosset, NY 11791-0000

**RJM Acquisitions LLC**
575 Underhill Blvd, STE 224
Syosset, NY 11791-0000

**Sprint**
Bankruptcy Dept
2001 Edmund Halley Dr.
Reston, VA 20191-0000

**Sprint Customer Service**
PO Box 8077
London, KY 40742-0000

**Suntrust**
PO Box 791144
Baltimore, MD 21279-1144

**Suntrust Bank**
VA Toc 7530
PO box 26150
Richmond, VA 23260-0000

**T-Mobile**
PO Box 37380
Bankruptcy Dept
Albuquerque, NM 87176-7380

**Taylor & Ayers, LLC**
C/O Caudle and Caudle, P.C.
3123 West Broad Street
Ricmond Va. 23230

**Transworld Systems**
2235 Mercury Way, Ste 275
Santa Rosa, CA 95407-0000

**Transworld Systems**
1608 Spring Hill Rd
Vienna, VA 22182-0000

**Union 1st market**
Corporate Collection Dept
PO Box 446
Bowling Green, VA 22427-0446

**Union First Market Bank**
Attn Bankruptcy
PO Box 940
Ruther Glen, VA 22546-0000

**United Credit Recovery**

P.O. Box 953245
Lake Mary, FL 32795

**United Recovery LLC**
PO Box 3978
Lake Mary, FL 32795-0000

**US Dept. of Education**
PO Box 740283
Atlanta, GA 30374-0000

**Vanda, LLC**
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

**Verizon**
PO BOX 3037
Bloomington, IL 61702-3037

**Verizon Virginia Inc**
Attn: Bankru
Po Box 3397
Bloomington, IL 61702-0000

**Verizon Wireless**
Bankruptcy Dept
PO Box 3037
Bloomington, IL 61702-0000

**Verizon Wireless**
PO BOX 3397
Bloomington, IL 61702

**Virginia Credit Union**
PO Box 90010
Richmond, VA 23225-9010

**Virginia Dept of Taxation**
Office of Cust Service
P.O. Box 1115
Richmond, VA 23218-1115

**Virginia Emergency & Occ Phy**
306 Grace Street
Richmond, VA 23219-0000

**Virginia Employment Assoc.**
PO Box 26971
Richmond, VA 23261-6971

**Vzw Ne**
Attn: Verizon Wireless
Po Box 3397
Bloomington, IL 61702-0000

**Vzw Ne**
Attn: Verizon Wireless
Po Box 3397
Bloomington, IL 61702-0000

**Wachovia Bank**
501 Bleecker Street
Utica, NY 13501-2498

**William K. Grogan & Assoc.**
203 E. Cary Street
Ste 125
Richmond, VA 23219-0000