UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:   Leroy V. Wilson                                                           Case No.: 12-33318
         Erika B. Hunter                                                           Chapter 7

         Debtor(s)

Schedule of Unpaid Debts After Commencement of Chapter 13

Anderson Financial Services
4802 S. Laburnam Ave
Richmond, VA 23231

Verizon
PO Box 3037
Bloomington, IL 61702

Richmond Times Dispatch
PO Box 27502
Richmond, VA 23261

FASV, PC
7016 Lee Park Rd
Ste 105
Mechanicsville, VA 23111

Bon Secours
PO Box 28538
Richmond, VA 23228

Continental Emergency Services
PO Box 3475
Toledo, OH 43607

PMAB, LLC
PO Box 12150
Charlotte, NC 28220

Credit Adjustment Board, Inc.
306 East Grace St
Richmond, VA 23219

Horizon Financial Management
8585 S. Broadway
Suite 880
Merrillville, IN 46410

/s/ Linda D. Jennings
Counsel for Debtor(s)
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Ph: 804-520-2428
Fax: 804-451-4204